749 A.2d 852

IN THE MATTER OF GEORGE J. MANDLE, JR., AN ATTORNEY AT LAW.

May 9, 2000.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–18(1) seeking the immediate temporary suspension from practice of **GEORGE J. MANDLE, JR.**, of **LINDEN**, who was admitted to the bar of this State in 1970, for respondent's failure to comply with the terms of the Order of the Court filed on October 16, 1996, and good cause appearing;

It is ORDERED that **GEORGE J. MANDLE, JR.**, is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **GEORGE J. MANDLE, JR.**, be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **GEORGE J. MANDLE, JR.** comply with *Rule* 1:20–20 dealing with suspended attorneys.